ORIGINAL FILED
2008 AUG -7 AM 10: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KNK _____ DEPUTY

1  **McDERMOTT WILL & EMERY LLP**
   JAMES L. SANDERS (State Bar. No. 126291)
2  GREGORY R. JONES (State Bar No. 229858)
   2049 Century Park East, Suite 3800
3  Los Angeles, CA  90067-3218
   Telephone:  310.277.4110
4  Facsimile:   310.277.4730

5  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, an individual; SULLIVAN INTERNATIONAL GROUP, INC., a California corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., a Delaware corporation; TETRA TECH EMI, INC., a Delaware corporation; JOHN TEEL, an individual; DANIEL BATRACK, an individual; RANDY FETTERS, an individual; MARK WALSH, an individual; MICHAEL WANTA, an individual; EDWARD SUSSENGUTH, an individual; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. '08 CV 1433 JM LSP<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT TETRA TECH EMI, INC.** |

LAS99 1673197-1.079048.0014         -1-

  Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for defendant Tetra Tech EMI, Inc., certifies that Tetra Tech EMI, Inc. is a wholly-owned subsidiary of Tetra Tech, Inc., which is a publicly-held corporation.

Dated: August 6, 2008    McDERMOTT WILL & EMERY LLP

By: _____
Gregory R. Jones
Attorneys for Defendants