ORIGINAL FILED
2008 AUG -7 AM 10: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ VNA _____ DEPUTY

McDERMOTT WILL & EMERY LLP
JAMES L. SANDERS (State Bar. No. 126291)
GREGORY R. JONES (State Bar No. 229858)
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, an individual; SULLIVAN INTERNATIONAL GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., a Delaware corporation; TETRA TECH EMI, INC., a Delaware corporation; JOHN TEEL, an individual; DANIEL BATRACK, an individual; RANDY FETTERS, an individual; MARK WALSH, an individual; MICHAEL WANTA, an individual; EDWARD SUSSENGUTH, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1433 JM LSP<br><br>RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT TETRA TECH, INC. |

Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for defendant Tetra Tech, Inc., certifies that Tetra Tech, Inc. is a publicly-held corporation and that there are no publicly-held corporations that own 10% or more of its stock.

Dated:   August 6, 2008

McDERMOTT WILL & EMERY LLP

By: _____
Gregory R. Jones
Attorneys for Defendants