**McDERMOTT WILL & EMERY LLP**
JAMES L. SANDERS (State Bar. No. 126291)
GREGORY R. JONES (State Bar No. 229858)
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, an individual; SULLIVAN INTERNATIONAL GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., a Delaware corporation; TETRA TECH EMI, INC., a Delaware corporation; JOHN TEEL, an individual; DANIEL BATRACK, an individual; RANDY FETTERS, an individual; MARK WALSH, an individual; MICHAEL WANTA, an individual; EDWARD SUSSENGUTH, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 08CV1433 JML SP<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL OF ACTION** |

I, _Nathan Youngman_, hereby certify and declare as follows:

1. I am over the age of 18 and not a party to the within action. My business address is _121 Broadway, #332, San Diego, CA_, which is located in the city, county, and state where the mailing described below took place.

2. On August 7, 2008, I delivered by hand to the Clerk of the Superior Court in and of the County of San Diego at 330 West Broadway, San Diego, California 92101, the document described as: Notice of Filing of Removal, a copy of which is attached to this Proof of Service as Exhibit A.

3. On August 7, 2008, I delivered by hand copies of the following documents:

   a. Notice of Removal of Action under U.S.C. § 1441 [Federal Question];
   b. Civil Case Cover Sheet
   c. Rule 7.1 Disclosure Statement of Defendant Tetra Tech, Inc.;
   d. Rule 7.1 Disclosure Statement of Defendant Tetra Tech EMI, Inc.; and
   e. Notice of Filing of Removal;

to the person(s) at the address(es) set forth below:

> Kenneth M. Fitzgerald
> Christopher A. Rheinheimer
> Latham & Watkins LLP
> 600 West Broadway, Suite 1800
> San Diego, CA 92101
> Phone: 619.236.1234
> Facsimile: 619.696.7419

1     I declare under penalty of perjury under the laws of the United States that
2 the foregoing is true and correct.
3     Executed on August 7, 2008, at Los Angeles, California.

                                            _____

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

COPY

McDERMOTT WILL & EMERY LLP
JAMES L. SANDERS (State Bar. No. 126291)
GREGORY R. JONES (State Bar No. 229858)
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone:  310.277.4110
Facsimile:   310.277.4730

Attorneys for Defendants

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

CENTRAL DIVISION

**BY FAX**

| | |
|---|---|
| STEVEN SULLIVAN, an individual; SULLIVAN INTERNATIONAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH, INC., a Delaware corporation; TETRA TECH EMI, INC., a Delaware corporation; JOHN TEEL, an individual; DANIEL BATRACK, an individual; RANDY FETTERS, an individual; MARK WALSH, an individual; MICHAEL WANTA, an individual; EDWARD SUSSENGUTH, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 37-2008-00084804-CU-BT-CTL<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>First Amended Complaint Filed July 8, 2008 |

LAS99 1669641-1.079048.0014

NOTICE OF FILING OF NOTICE OF REMOVAL

TO PLAINTIFFS AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on August 7, 2008, Defendants Tetra Tech, Inc., Tetra Tech EMI, Inc., Daniel Batrack, Randy Fetters, Edward Sussenguth, John Teel, Mark Walsh, and Michael Wanta ("Defendants"), by and through their undersigned attorneys, McDermott Will & Emery LLP, filed in the United States District Court for the Southern District of California under Case No. 08CV1433 JML SP, a Notice of Removal of Action No. 37-2008-00084804-CU-BT-CTL from the Superior Court of the State of California, County of San Diego. A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the Southern District of California, together with a filing of a copy of this Notice with this Court, removes this action from the Superior Court, which may proceed no further unless and until the case is remanded.

Dated: August 7, 2008

McDERMOTT WILL & EMERY LLP
JAMES L. SANDERS
GREGORY R. JONES

By: _____
Gregory R. Jones
Attorneys for Defendants

LAS99 1546773-1.007341.0043

- 2 -

NOTICE OF FILING OF NOTICE OF REMOVAL