

1  LATHAM & WATKINS LLP
      Kenneth M. Fitzgerald (Bar No. 142505)
2     Christopher A. Rheinheimer (Bar No. 253890)
   600 West Broadway, Suite 1800
3  San Diego, California  92101-3375
   Telephone:  +1.619.236.1234
4  Facsimile:  +1.619.696.7419

5  Attorneys for Plaintiffs
   Steven Sullivan; Sullivan
6  International Group, Inc.

7

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  STEVEN SULLIVAN, an individual;          CASE NO. 3:08-CV-01433-JM-LSP
    SULLIVAN INTERNATIONAL GROUP,
12  INC., a California corporation,          **NOTICE OF VOLUNTARY DISMISSAL
                                             WITH PREJUDICE**
13                   Plaintiffs,

14          v.                               [San Diego County Superior Court Case
                                             No. 37-2008-00084804-CU-BT-CTL]
15  TETRA TECH, INC., a Delaware
    corporation; TETRA TECH EMI, INC., a
16  Delaware corporation; JOHN TEEL, an
    individual; DANIEL BATRACK, an
17  individual; RANDY FETTERS, an
    individual; MARK WALSH, an individual;
18  MICHAEL WANTA, an individual;
    EDWARD SUSSENGUTH, an individual;
19  and DOES 1-50, inclusive,

20                   Defendants.

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\644334.1
045342-0001

Case Number: 3:08-CV-01433-JM-LSP
NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE

1        NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(i) of the Federal

2   Rules of Civil Procedure, before service by Defendants of an answer or of a motion for summary

3   judgment, Plaintiffs voluntarily dismiss the above-captioned action with prejudice.

4   Dated:  August 18, 2008               Respectfully submitted,

5                              LATHAM & WATKINS LLP

6                              Kenneth M. Fitzgerald
                                Christopher A. Rheinheimer

7

8                     By /s/ Christopher A. Rheinheimer

9                         Christopher A. Rheinheimer
                         Attorneys for Plaintiffs

10                     Steven Sullivan; Sullivan International
                       Group, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\644334.1
045342-0001

1

Case Number: 3:08-CV-01433-JM-LSP
NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **August 18, 2008**, I served the following document described as:

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

by serving a true copy of the above-described document in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

MCDERMOTT WILL & EMERY LLP
James L. Sanders (State Bar No. 126291)
Gregory R. Jones (State Bar No. 229858)
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 18, 2008**, at San Diego, California.

_Ivette Rodriguez_
Ivette Rodriguez