# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, et al., | CASE NO. 08 CV 1433 JM (LSP) |
| Plaintiffs, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| vs. | |
| TETRA TECH, INC., et al., | |
| Defendants. | |

Plaintiffs Steven Sullivan and Sullivan International Group, Inc., filed their Notice of Voluntary Dismissal With Prejudice on August 18, 2008. Good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed with prejudice. The Clerk is instructed to close the file.

**IT IS SO ORDERED**.

DATED: August 22, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge